**Daniel R. BAIRD, Appellant,**

v.

**BURLINGTON NORTHERN SANTA FE; Brotherhood of Locomotive Engineers Teamsters Division 202, Appellees.**

No. 09–3787.

United States Court of Appeals, Eighth Circuit.

Submitted: June 4, 2010.

Filed: June 21, 2010.

Daniel R. Baird, Dilworth, MN, pro se.

Diane Gerth, Spence & Ricke, St. Paul, MN, for Burlington Northern Santa Fe.

Richard Allen Williams, Jr., Williams & Iversen, Roseville, MN, for Brotherhood of

Locomotive Engineers Teamsters Division 202.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Daniel R. Baird appeals the district court's [1] dismissal of his civil action. Upon de novo review, *see Meyer v. City of Joplin,* 281 F.3d 759, 760 (per curiam) (8th Cir.2002), we conclude that dismissal was proper for the reasons the district court stated. Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.